IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDNA DOAK )<br><br>  Plaintiff, )<br>  v. )<br> )<br>JEH JOHNSON, SECRETARY, )<br>U.S. DEPARTMENT OF HOMELAND )<br>SECURITY )<br> )<br>  Defendant. )<br> ) | Case No. 1:12 CV 1177-RC |

NOTICE OF APPEAL

Notice is hereby given this 5th day of March, 2014, that Plaintiff Edna Doak hereby appeals to the U.S. Court of Appeals for the District of Columbia Circuit from the judgment of this Court entered on the 10th day of February 2014 in favor of Defendant Jeh Johnson, Secretary, U.S. Department of Homeland Security against Plaintiff Edna Doak granting summary judgment to Defendant and dismissing this case.

Date: March 5, 2014                             Respectfully Submitted,

                                                _____/s/_____
                                                Alan Lescht, Esq. (92128)
                                                Alan Lescht & Associates, P.C.
                                                1050 17th Street, N.W., Suite 220
                                                Washington, D.C. 20036
                                                (202) 463-6036
                                                Attorneys for Plaintiff/Appellant

Notice of this appeal should be mailed to:

Alan Lescht, Esq.
Alan Lescht & Assoc., PC

1050 17th St., NW, Suite 400
Wash., DC 20036
Attorney for Plaintiff/Appellant


Michelle Lo
Assistant United States Attorney
Civil Division
555 4th St. NW
Washington, DC 20530
Attorney for Defendant/Appellee